Gregg A. Rapoport (SBN 136941)
SMITH, GAMBRELL & RUSSELL, LLP
444 South Flower Street, Ste. 1700
Los Angeles, CA 90071-2901
Tel. 213-358-7200; Fax 213-358-7300
grapoport@sgrlaw.com

*Attorneys for Defendant*

Todd M. Friedman (SBN 216752)
Meghan E. George (SBN 274525)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
mgeorge@toddflaw.com
abacon@toddflaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIANO BENITEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECT BUSINESS FINANCING, INC. d/b/a EMC FINANCIAL, DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-02077-BEN-MDD<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff, Mariano Benitez, and Defendant, Direct Business Financing, Inc., by and through their undersigned attorneys, and pursuant to Rule 41(1)(A)(ii), hereby stipulate to dismissal of this action, with prejudice to the claims of Mr.

1
**STIPULATION OF DISMISSAL**

Benitez, and without prejudice to the members of the putative class, and with each side to bear its own costs and fees.

DATED: June 14, 2021

       **SMITH, GAMBRELL & RUSSELL, LLP**

       By: */s Gregg A. Rapoport*
           Gregg A. Rapoport, Esq.
           *Attorneys for Defendant, Enhanced Recovery Company, LLC*

DATED: June 14, 2021

       **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

       By: */s Adrian R. Bacon*
           Todd M. Friedman, Esq.
           Adrian R. Bacon, Esq.
           Meghan E. George, Esq.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify the content of this document is acceptable to all counsel of record whose signatures are appended hereto, and that I have obtained their authorization to affix such electronic signatures on this document.

       */s Gregg A. Rapoport*
       Gregg A. Rapoport